# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACINTO AQUINO AND EDUARDO DIAZ AND OTHER
PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

MINI MINT, INC. D/B/A DISHES,
CITI MINT, INC, INC., D/B/A DISHES AND
MOSHE MALLUL

Defendant(s)
Respondent(s)

INDEX #:
08 CIV 6489
DATE FILED:
07/21/2008

JUDGE:
SCHEINDLIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ELLIOTT STERNBERG, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/07/2008, 04:50PM at 230 PARK AVENUE, SUITE#2300, NEW YORK NY 10169, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on MINI MINT, INC. D/B/A DISHES C/O KURZMAN KARELSEN & FRANK, LLP, a defendant in the above action.

By delivering to and leaving with LIZ WEIDNER at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 60    Approximate height 5'06"    Approximate weight 130    Color of skin WHITE    Color of hair BLONDE

THE LAW OFFICE OF
JUSTIN A. ZELLER

251 WEST 14TH STREET
5TH FLOOR
NEW YORK, NY 10011
(212)229-2249

ELLIOTT STERNBERG   License # 1184595

Sworn to before me on 08/08/2008
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726