0474

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JACINTO AQUINO, Individually, EDUARDO
DIAZ, Individually, and on Behalf of All Other
Persons Similarly Situated
                 Plaintiffs,

    -against-

MINI MINT, INC d/b/a/ DISHES 7 CITI MINT,
INC, d/b/a DISHES, and MOSHE MALLUL
jointly and severally,
--------------------------------------------------------------X

Docket No. 08-CV-6489
(SAS)

IS HEREBY STIPULATED AND AGREED that defendants shall have until September 30, 2008 to Answer or otherwise move with respect to the Complaint. Defendants admit service of the summons and complaint.

Dated: New York, New York
       August 26, 2008

THE LAW OFFICES OF
JUSTIN A. ZELLER

By: _____
Justin A. Zeller (JZ-7094)
*Attorneys for Plaintiff*
251 West 14th Street
New York, New York 10011
212-229-2249

RAAB, STURM, GOLDMAN &
GANCHROW, LLP

By: _____
Ira Sturm, Esq. (IS-2042)
*Attorneys for Defendants.*
317 Madison Avenue
New York, New York 10017
212-683-6699

SO ORDERED

_____
USDJ
9/5/08